# AFFIDAVIT

I, Kent J. Lewis, being duly sworn, deposes and states as follows, to wit:

## Background of Affiant

1.  I am a Task Force Officer of the Drug Enforcement Administration (DEA), United States Department of Justice. I have been so employed since September of 2015. As such, I am a law enforcement officer of the United States and am empowered by law to conduct investigations and to make arrest for offenses enumerated in Title 21, United States Code. My experience as a Task Force Officer and Deputy Sheriff for the Ohio County Sheriff's Office since December 2002, includes, but is not limited to, conducting surveillance, interviewing witnesses, writing affidavits for and executing search warrants, and working with undercover agents and informants. I have participated in the investigation of numerous drug trafficking conspiracies, which have led to numerous Federal, State and Local cases which involved drug proceeds and several arrests /Federal/State convictions. As a result, I am familiar with matters including but not limited to the means and methods used by persons and drug trafficking organizations to purchase, transport, store, and distribute drugs and to hide profits generated from those transactions. I also have experience in analyzing and interpreting drug codes and cryptic dialogue used by drug traffickers. From my training and experience, I am aware of the following:

    A.  Drug traffickers maintain books, records, receipts, notes, ledgers and other papers relating to the procurement, distribution, storage, and transportation of controlled substances. These documents include, but are not limited to, records showing the phone numbers of customers, the amount of controlled substances "fronted" to various customers along with running totals of debts to customers. Drug traffickers frequently maintain receipts such as credit card billings, parking stubs, hotel reservations or records, airline tickets, gas receipts and various notes. Drug traffickers also frequently maintain items used to package controlled substances. It is also common for the traffickers to maintain electronic devices, normally cellular telephones and computers that are used to facilitate their criminal activities, to include but not limited

to: mobile telephones, paging devices, answering machines, police scanners and money counters.

B.    It is common for drug traffickers to conceal narcotics records, narcotics proceeds and other related items described in paragraph A within their residences, garages, safe deposit box(es), businesses, and automobiles - in order that they may have ready access to these items. Drug traffickers also maintain, in a like manner, the above-described items with their criminal associates in order to conceal such items from law enforcement authorities and preclude a direct connection between themselves and the items.

C.    Persons engaged in drug trafficking commonly conceal large amounts of currency, financial instruments, precious metals, and other items of value. Further, it is common for drug traffickers to purchase items costing in excess of ten thousand dollars. The reporting requirements, commonly referred to as CTRs for transactions over ten thousand dollars, cause problems for narcotics traffickers when they attempt to negotiate their illegal profits at a financial institution. In doing so, traffickers will often violate federal structuring/Currency Transaction Reporting laws (Title 31 United States Code Section 5324) by obtaining several cashier's checks/money orders in small increments from several institutions. Often the traffickers utilize "smurfs" to purchase these checks and/or money orders that generate receipts from these checks. The proceeds of drug transactions, and evidence of financial transactions relating to obtaining, transferring, secreting or spending large sums of money obtained through engaging in narcotics activities are maintained by drug traffickers in their residences, businesses, automobiles, and at similar locations of their co-conspirators.

D.    Narcotics traffickers often purchase and/or title their assets in fictitious names, aliases, names of relatives, and criminal associates or business entities to avoid detection of these assets by government agencies. Although these assets are in the names of persons other that the drug trafficker, the trafficker usually continues to use these assets maintaining dominion and control over these assets.

E.    Drug traffickers maintain, on hand, United States currency in order to maintain and finance their ongoing drug business.

F.    Drug traffickers take or cause to be taken photographs and/or videotapes of themselves, their associates, and their drug proceeds or assets derived from the sale of controlled substances. These traffickers usually maintain these photographs and/or the videotapes in their possession in the locations noted above.

G.    Unexplained wealth is probative evidence of crimes motivated by greed, in particular, trafficking in controlled substances. I further recognize that small and medium denominations of currency, along with the manner in

which the currency is handled, carried and concealed, may indicate that there is a connection between the currency and narcotics transactions.

H.  It is common in the purchasing, selling and distribution of controlled substances for drug traffickers to "front" drugs (provide narcotics on consignment) to clients causing large debts to be incurred. Often times these drugs/debts are paid for in installments over a period of time and involve large amounts of currency, which is exchanged between the seller and the purchaser. Because of the large amounts of drugs and debts involved, and to prevent discrepancies, it is often necessary for records such as, but not limited to, papers, notes, ledgers, journals, and logs to be maintained by drug traffickers. As noted above, these records are kept and concealed where the traffickers have ready access to them, i.e., homes, offices, and automobiles.

I.  It is common for drug traffickers to also be involved in violating income tax laws (Title 26 United States Code Section 7201), as well as money laundering statutes (Title 18 United States Code Sections 1956 and 1957). Activities of this type require detailed records to be maintained of assets and financial transactions. These records are frequently maintained and kept in a location allowing for ready access and control by the trafficker such as the locations noted above.

J.  Drug traffickers commonly maintain address books and/or telephone numbers in books, addresses, pager number(s) and/or telephone numbers for their criminal associates in the drug trafficking organization, even if said items are in code. Drug traffickers commonly use computers and cell phones for similar purposes. Drug traffickers often keep the following information on those communication devices: Address books and calendars; Audio and video clips; Call histories and call logs; Photographs and associated metadata; Text messages (SMS), multimedia messages (MMS) recorded messages and subscriber information modules [SIM cards]; E-mail messages and attachments, whether read or unread; Internet World Wide Web (WWW) browser files including, but not limited to, browser history, browser cache, stored cookies; browser favorites, and other; Global position system (GPS) data including, but not limited to coordinates, way points, and other information.

K.  Drug Traffickers commonly maintain firearms as protection from rival drug traffickers and to enforce their criminal enterprises. Many times, these firearms are stolen or purchased by drug addicts and then traded to drug traffickers in exchange for drugs and/or money. Firearms are often considered "tools of the trade" for drug traffickers.

L.  Drug traffickers commonly maintain additional illegal drugs on hand (in this case Heroin and Cocaine base) in order to maintain and supply their ongoing drug trafficking enterprise.

M.    Drug traffickers commonly maintain all of the aforementioned items listed in Sections A thru L on their person, in their residences and stash houses, automobiles, safe deposit boxes, safes, and other locations not directly mentioned in this affidavit. Furthermore, due to the nature of the drug trafficking business, it is common for persons buying/selling illegal drugs and/or firearms and members of the criminal enterprises to be present inside their residences, stash houses, and automobiles; and to have items listed in Sections A thru L on their persons.

### Thing to be Searched

1.  Based upon the information detailed below, I have probable cause to apply for a  Search Warrant to search the following residence, **2233 Chapline Street, Rear, Wheeling, WV 26003, Ohio County (Attachment B) more further described as a residence located at the rear of 2233 Chapline St., where there is a large tree in the front next to the walkway that leads directly back to 2233 Chapline St. Rear.  The residence can be further described as being a red brick residence that has a wooden staircase at the front.  The wooden staircase leads to the main door, which is on the 2nd level**

### Items to be Seized

2.  See Attachment "A"

### Probable Cause Supporting the Search and Seizure

3.  All of the information contained below is either personally known to the affiant or, as will be noted, has been provided by other law enforcement officers, named witnesses, confidential sources, or was obtained through information which was previously subpoenaed or seized.

4.  On Thursday, April 12, 2018, a Confidential Informant (CI) D18-12 was utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base from Kytuen SMITH, AKA "MITCH" for $50.00.  The CI had a previous conversation with SMITH via text messages and was directed by SMITH to go to his residence of 623 Market Street, Apartment 15, Wheeling, Ohio County, West Virginia.  TFOs outfitted the CI with

audio/video recorder, provided the CI with $50.00 in OVDTF recorded funds and released the CI from a TFO vehicle. TFOs observed the CI walk towards 623 Market Street. TFOs observed the CI entering 623 Market Street. The CI stated he/she met with SMITH inside 623 Market Street. The CI stated that he/she purchased the cocaine base from SMITH inside 623 Market Street in exchange the CI provided SMITH with $50.00. The CI exited the residence and was recovered by TFOs. TFOs reviewed the audio/video recording which verified the CI accounts of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weigh of .46 grams.

5.   On Tuesday, April 17, 2018, a Confidential Informant (CI) D18-12 was utilized by the OVDTF to make a controlled buy of cocaine base from SMITH for $50.00. The CI had a previous conversation with SMITH and advised TFOs that he/she would meet SMITH at 314 South Huron Street Wheeling, Ohio County, West Virginia, the known residence of Tiffany SELLS. TFOs outfitted the CI with audio/video recorder, provided with $50.00 in OVDTF recorded funds and released him/her from a TFO vehicle. TFOs observed the CI walking towards 314 South Huron Street. TFOs observed the CI entering 314 South Huron Street, via the rear (east) door. The CI advised that while inside of the residence SMITH provided the CI with cocaine base in exchange the CI provided SMITH with the $50.00 in OVDTF recorded funds. The CI was recovered by TFOs. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine was weighed producing an approximate weigh of .61 grams.

6.  On Thursday, April 19, 2018, a Confidential Informant (CI) D18-12 was utilized by the OVDTF to make a controlled buy of cocaine base from SMITH for $50.00. The CI

contacted SMITH via text messages and was directed by SMITH to go to his residence of 623 Market Street, Apartment 15, Wheeling, Ohio County, West Virginia. The CI was outfitted with an audio/video recorder, provided with $50.00 in OVDTF recorded funds and was released from a TFO vehicle. TFOs observed the CI walking towards 623 Market Street. TFOs observed the CI entering 623 Market Street. Through the CI's statement, he/she met with SMITH inside 623 Market Street, Apartment 15. The CI stated he/she purchased the cocaine base from SMITH inside 623 Market Street, Apartment 15, in exchange the CI provided SMITH with $50.00. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weigh of .43 grams.

7. On Wednesday, April 25, 2018, a Confidential Informant (CI) D18-14 was utilized by the OVDTF to make a controlled buy of cocaine base from SMITH for $125.00. The CI made a recorded call to SMITH and advised SMITH that he/she would be coming to SMITH'S location. TFOs outfitted the CI with an audio/video recorder, $125.00 worth of OVDTF recorded funds and released the CI. TFOs observed the CI walking towards 623 Market Street, Wheeling, Ohio County, West Virginia. TFOs observed the CI enter 623 Market Street. Through the CI's statement, he/she met with SMITH inside 623 Market Street, Apartment 15. The CI stated that he/she purchased the cocaine base from SMITH inside 623 Market Street, Apartment 15, in exchange the CI provided SMITH with $125.00. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weigh of 1.88 grams.

8.  On Tuesday, May 1, 2018, a Confidential Informant (CI) D18-17 was utilized by the OVDTF to make a controlled buy of cocaine base from FNU LNU AKA "JACK" for $100.00. The CI made a recorded call to "JACK" and was advised to meet him at 3117 Jacob Street, Wheeling, Ohio County, West Virginia.  TFOs outfitted the CI with an audio/video recorder, $100.00 worth of OVDTF recorded funds and released the CI. TFOs observed the CI walking towards 3117 Jacob Street. TFOs observed the CI entering 3117 Jacob Street, through the rear (west) door. Through the CI's statement, he/she met with "JACK" inside 3117 Jacob Street. The CI stated that he/she purchased the cocaine base from "JACK" inside 3117 Jacob Street, in exchange the CI provided "JACK" with $100.00. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase.  The cocaine base was field tested producing a positive result.  The cocaine base was weighed producing an approximate weigh of 1.90 grams.

9. On Friday, May 4, 2018, a Confidential Informant (CI) D18-17 was utilized by the OVDTF to make a controlled buy of cocaine base from FNU LNU AKA "KB" for $100.00. The CI made a recorded call to SMITH's cellular number and advised that he/she would meet at 4335 Jacob Street, Wheeling, Ohio County, West Virginia.  The CI stated that he/she was unable to identify who answered the phone.  TFOs outfitted the CI with an audio/video recorder, $130.00 ($30 owed from a prior uncontrolled purchase of cocaine base) worth of OVDTF recorded funds and released the CI. TFOs observed the CI walking towards 4335 Jacob Street.  TFOs observed the CI enter 4335 Jacob Street, via the rear door. Through the CI's statement, he/she met with "KB" inside 4335 Jacob Street. The CI stated that he/she purchased the cocaine base from "KB" inside 4335 Jacob Street, in exchange the CI provided "KB" with $130.00. TFO reviewed the audio/video recording which verified the CI account of the controlled purchase.  The cocaine base was field tested producing a

positive result. The cocaine base was weighed producing an approximate weigh of 2.14 grams. Upon searching CI D18-17 TFOs located in his/her mouth a small piece of cocaine base. The CI removed the cocaine base from his/her mouth and provided it to TFO.

10. On Tuesday, May 15, 2018, a Confidential Informant (CI) D18-18 was utilized by the OVDTF to make a controlled buy of cocaine base from FNU LNU AKA "FAT BOY" and "CUZ" for $100.00. The CI made a recorded call to Tiffany SELLS' cellular number and advised that he/she would meet at 314 South Huron Street, Wheeling, Ohio County, West Virginia. The CI advised that he/she would meet "FAT BOY" at that residence. TFOs outfitted the CI with an audio/video recorder, $100.00 worth of OVDTF recorded funds and released the CI. TFOs observed the CI walking towards 314 South Huron Street. TFOs observed the CI enter 314 South Huron Street. Through the CI's statement, he/she met with "FAT BOY" and "CUZ" inside 314 South Huron Street. The CI stated that he/she purchased the cocaine base from "CUZ" inside 314 South Huron Street, in exchange, the CI provided "FAT BOY" the $100.00. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase. It appears in the video that "FAT BOY" utilizes a scale to weigh the cocaine base. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weigh of .98 grams.

11. On Tuesday, May 15, 2018, a Confidential Informant (CI) D18-18 was utilized by the OVDTF to make a controlled buy of cocaine base from SMITH for $100.00. The CI stated that he/she would meet SMITH at 4335 Jacob Street, Wheeling, Ohio County, West Virginia. TFOs outfitted the CI with an audio/video recorder, $100.00 worth of OVDTF recorded funds and released the CI. TFOs observed the CI walking towards 4335 Jacob Street. TFOs observed the CI enter 4335 Jacob Street. Through the CI's statement, he/she

8

met with SMITH inside 4335 Jacob Street. The CI stated that he/she purchased the cocaine base from SMITH inside 4335 Jacob Street, in exchange the CI provided SMITH with $100.00. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase.  It appears in the video that SMITH utilizes a scale to weigh the cocaine base. The CI advised that SMITH took a larger piece of cocaine base from a box, broke it up and ultimately provided cocaine base to the CI. The CI advised that on mantle in the living room was a bag of cocaine base.  It should be noted that upon review of the video by the TFO this fact could not be verified as the camera was moving too fast.  The cocaine base was field tested producing a positive result.  The cocaine base was weighed producing an approximate weigh of .59 grams.  TFO's also observed as the CI was walking up and leaving from 4335 Jacob St., there was a Grey Chevrolet Impala, OH temporary tag F391683 with darkly tinted windows to be parked in the rear parking spot.

12. On Monday, May 21, 2018, TFOs were made aware that a warrant is going to be obtained for CI D18-18, charging him/her with Battery.

13. On Tuesday, May 22 2018, TFOs received a phone call from CI D18-18 who advised that SMITH and other unknown individuals were still selling narcotics out of 4335 Jacob Street, Wheeling, Ohio County, West Virginia.

14. On Tuesday, May 22, 2018, Columbus Police Detective W. Best interviewed Confidential Informant (CI) H-283.  During the interview, CI H-283 told Detective Best that SMITH usually drives an all silver 2008-2009 Chevrolet Impala with dark tinted windows.  CI H-283 advised that SMITH would stash the drugs behind the pullout radio in this car.  CI H-283 advised that Thomas Seals and Kytuen SMITH are doing most of the transporting of the narcotics and are setting up the houses in Wheeling, West Virginia.  CI H-283 said

that SMITH routinely uses the Chevrolet Impala to transport narcotics to Wheeling, West Virginia.

15. On Thursday, May 24, 2018, the OVDTF received information from a Confidential Informant (CI) D18-19. The CI advised that Kytuen SMITH aka "MITCH" was out of town as of May 17, 2018. The CI advised that SMITH should be returning on the weekend and would contact him/her.

16. On Friday, May 25, 2018, a Confidential Informant (CI) D18-20 was utilized by the OVDTF to make a controlled buy of cocaine base from UFN ULN AKA "BO" inside 4335 Jacob Street for $60.00. The CI stated that he/she would meet SMITH at 4335 Jacob Street, Wheeling, Ohio County, West Virginia. The CI stated if SMITH was not at the residence someone would be there to serve him/her. TFOs outfitted the CI with an audio/video recorder, $60.00 worth of OVDTF recorded funds and released the CI. TFOs observed the CI walking towards 4335 Jacob Street. TFO observed an unknown black male with dread locks standing at the rear door of 4335 Jacob Street. TFOs observed the CI enter 4335 Jacob Street with the unknown black male with dread locks. Through the CI's statement, he/she met with UFN ULN AKA "BO" inside 4335 Jacob Street. The CI stated that he/she purchased the cocaine base from "BO" inside 4335 Jacob Street, in exchange the CI provided "BO" with $60.00. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase. It appears in the video that "BO" utilizes a scale to weigh the cocaine base. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weigh of .31 grams. TFOs also did not notice Kytuen SMITH inside of 4335 Jacob St. Wheeling, WV 26003.

17. On Tuesday, May 29 2018, Confidential Informant (CI) D18-20 advised that Kytuen SMITH aka "MITCH" was gone.

18. On Wednesday, May 30, 2018, a Confidential Informant (CI) D18-20 was utilized by the OVDTF to make a controlled buy of cocaine base from SMITH for $40.00. The CI stated that he/she would meet SMITH at 4335 Jacob Street, Wheeling, Ohio County, West Virginia. The CI stated if SMITH was not at the residence someone would be there to serve him/him. TFOs outfitted the CI with an audio/video recorder, $40.00 worth of OVDTF recorded funds and released the CI. TFOs observed the CI walking towards 4335 Jacob Street. TFOs observed the CI enter 4335 Jacob Street. Through the CI's statement, he/she met with SMITH inside 4335 Jacob Street. The CI stated that he/she purchased the cocaine base from SMITH inside 4335 Jacob Street, in exchange the CI provided SMITH with $40.00. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase. It appears in the video that SMITH utilizes a scale to weigh the cocaine base. The cocaine base was field tested producing a positive result. The cocaine base was weighed showing an approximate weight of .61 grams. TFO's did observe the Grey Chevrolet Impala parked at the rear of 4335 Jacob St. Wheeling, WV 26003. TFOs noticed that it now had a registration of OH HLN9411. An inquiry of this registration revealed the registered owner is Crystal J. Smith of 2918 Addison Dr. Grove City, OH 43123. The VIN came back as 2G1WB55K789183628. This vehicle information is the same as the temporary tag of OH F391683, as noted earlier.

19. On Tuesday, June 12, 2018, TFOs observed said Grey Chevrolet Impala was parked at the rear of 314 South Huron Street, Wheeling, WV 26003.

20. On Monday, June 18, 2018, Confidential Informant (CI) D18-24 was utilized by the OVDTF to make a controlled buy of cocaine base from an individual known to the CI as "Poe" for $215.00, at 314 South Huron Street, Wheeling, Ohio County, West Virginia. TFOs outfitted the CI with an audio/video recorder and gave him/her $215.00 in OVDTF recorded funds. The CI was observed walking north on South Huron Street. The CI was observed entering the rear door of the residence at 314 South Huron Street. The CI stated that he/she was let into the residence by an unknown black male (TFO Lewis reviewed the audio/video recording and identified the black male as Kyuten SMITH aka "MITCH"). The CI stated that SMITH asked who they were looking and the CI advised "Poe". The CI stated they went into the living room and met with "Poe" who was seated on the couch. The CI provided "Poe" with the $215.00 in OVDTF recorded funds and in exchange, the CI stated that "Poe" provided the CI with the cocaine base. The CI stated that "Poe" weighed the cocaine base, however did not allow the CI to see the weight on the scale. The cocaine base was field tested producing a positive result. The cocaine base weighed showing an approximate weight of 2.9 grams. The Grey Chevrolet Impala was reasonable believed to be in the area of the location of the controlled purchase based upon GPS tracker data.

21. On Wednesday, June 20, 2018, Confidential Informant (CI) D18-26 was utilized by the OVDTF to make a controlled buy of cocaine base from "Poe" for $100.00, at 314 South Huron Street, Wheeling, Ohio County, West Virginia. The CI was provided an audio/video recorder and $100.00 in OVDTF recorded funds. The CI was observed entering the rear door of the residence at 314 South Huron Street. The CI advised that upon arrival at the rear door of 314 South Huron Street, he/she was let in by Andre Hager a/k/a "Andyman". The CI stated that Hager is the "doorman" and controls who enters the

12

residence.   The CI reported that upon entering the kitchen, he/she noticed "Mitch" (SMITH) and a few females.   The CI reported that "Poe" then came and got him/her and took him/her into the living room.   The CI then exchanged the $100.00 in OVDTF recorded funds for the packaged cocaine base. The CI reported that "Poe" advised him/her that he plans to open the Jacob Street house back up.   The cocaine base was field tested producing a positive result.   The cocaine base was weighed showing an approximate weight of 1.40 grams.   TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase.   The Grey Chevrolet Impala was reasonable believed to be in the area of the location of the controlled purchase based upon GPS tracker data.

22.   On Thursday, July 5, 2018, the OVDTF was conducting surveillance of the Grey Chevrolet Impala in the 2200 block of Chapline Street, Wheeling, Ohio County, West Virginia.   TFO Burke followed the Grey Chevrolet Impala to National Road, then back to the front of 2233 Chapline Street.   TFO Burke observed Kytuen SMITH exit the Grey Chevrolet Impala then proceed down the walkway to 2233 Chapline Street, Rear and up the stairs to the entrance.   The OVDTF has an ongoing investigation into the distribution of cocaine base and heroin from 2233 Chapline Street, Rear.

23.   On Wednesday, July 11, 2018, TFOs observed said Grey Chevrolet Impala was parked in the area of 2700 block of Wood Street, Wheeling, WV 26003 based upon GPS tracker data.

24.   On Friday, July 27 2018, Confidential Informants (CI) D14-16 and D13-15 were utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base and heroin from Tiffany SELLS, for $100.00, $50.00 for cocaine base and $50.00 for heroin. CI D14-16 had a previous conversation with SELLS and was directed by SELLS

to go to his residence of 314 South Huron Street, Wheeling, Ohio County, West Virginia. TFO's outfitted both CIs with audio/video recorder, provided the CIs with $100.00 in OVDTF recorded funds and released the CIs from a TFO vehicle. TFO's observed the CIs walk towards 314 South Huron Street. TFO's observed the CIs entering 314 South Huron Street via the front door. The CIs stated they met with SELLS inside of 314 South Huron Street. CI D13-15 stated that he/she purchased the cocaine base and heroin form SELLS inside 314 South Huron Street for $100.00. The CIs exited the residence and was recovered by TFO's. TFO's reviewed the audio/video recording which verified the CIs' accounts of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base weighted producing an approximate weight of .37 grams. The heroin was field tested producing a positive result. The heroin weighted producing an approximate weight of .45 grams.

25. On Friday, July 27 2018, a Confidential Informant (CI) D18-24 was utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base from Mike KENNEN, for $100.00. The CI had a previous conversation with KENNEN and was directed by KENNEN to go to his residence of 462 Market Street, Wheeling, Ohio County, West Virginia. TFO's outfitted the CI with audio/video recorder, provided the CI with $100.00 in OVDTF recorded funds and released the CI from a TFO vehicle. TFO's observed the CI walk towards 462 Market Street. TFO's observed the CI entering 462 Market Street. The CI stated he/she met with KENNEN inside of 462 Market Street. The CI stated that he/she purchased the cocaine base form KENNEN inside 462 Market Street. The CI stated that he/she purchased the cocaine base from KENNEN inside 462 Market Street in exchange the CI provided KENNEN with $100.00. The CI exited the residence and was recovered by TFO's. TFO's reviewed the audio/video recording which verified

the CI accounts of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base weighted producing an approximate weight of .76 grams.

26. On Tuesday, July 31, 2018 at approximately 1815 hours, Detective Burke (OVDTF) conducted surveillance on multiple houses throughout Wheeling, WV that are believed to be involved in the distribution of Cocaine base and Heroin. At approximately 1915 hours, Detective Burke observed a Grey Dodge Truck (OH HME9331-registered to Kimberly Rowland) parked on 44th St., near to the alley that runs directly behind 4335 Jacob St. This vehicle was previously traffic stopped on July 30, 2018 in Benwood, WV. During this traffic stop, two individuals were identified by their identification cards as Michael Anthony HOGAN Jr. and Briana Monet LITZY occupying the vehicle. The other individual inside of the vehicle identified himself as Martinez "STRONG-EMERSON" (DOB 06/02/1998). Detective Burke was unable to locate information for Martinez "STRONG-EMERSON." Detective Burke located Hogan on Facebook as Mike HOGAN. HOGAN posted a live video on Facebook on 07/30/2018 at 2035 hours. In this video, "STRONG-EMERSON," is present and they are observed outside of the rear door at 4335 Jacob St., for approximately 4 minutes and 38 seconds. Detectives also know "STRONG-EMERSON" has a Facebook account of "Marty Davis." On August 14 2018, Detective Best from the Columbus Gang Unit provided OHLEG information on Martenez Strong-EDMONDSON with a DOB 06-02-1998, which is the same birth date given to officers in Benwood, WV during the traffic stop. The photograph of EDMONDSON does match the individual known to agents as "BO". At approximately 1935 hours, there was a black Ford F150 (OH PJT1811- registered to EAN Holdings LLC) turn north down the alley behind 4335 Jacob St. This truck then parked in the rear spot at 4335 Jacob St. Multiple individuals were observed going to, from this truck, into, and out of the rear door of 4335

Jacob St.  Also observed, was foot traffic from the alley into 4335 Jacob St.  These individuals were observed entering this residence, and exiting within a few minutes.  At approximately 2010 hours, "STRONG-EDMONDSON" was observed heading away from the rear door of 4335 Jacob St., and to the driver's door of the Ford Truck.  The truck then left the area.  On August 1, 2018 at approximately 0815 hours, Detective Burke observed the above listed Ford and Dodge trucks parked on 44th St.

27. On Wednesday, August 1, 2018, a Confidential Informant (CI) D14-16 was utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base and heroin from Martinez STRONG-EDMONDSON AKA "BO", for $200.00, $100.00 for cocaine base and $100.00 for heroin. The CI made a recorded Call to SMITH and was at (304) 830-3598, the CI was instructed to go to his residence of 4335 Jacob Street, Wheeling, Ohio County, West Virginia. TFO's outfitted the CI with audio/video recorder, provided the CI with $200.00 in OVDTF recorded funds and released the CI from a TFO vehicle.  TFO's observed the CI walk the rear of 4335 Jacob Street. TFO's observed the CI entering 4335 Jacob Street via the rear door. The CI stated he/she met with STRONG-EDMONDSON inside of 4335 Jacob Street, due to the fact that SMITH was not inside the residence. The CI stated that he/she purchased the cocaine base and heroin form STRONG-EDMONDSON inside 4335 Jacob Street, in exchange the CI provided STRONG-EDMONDSON with $200.00. The CI exited the residence and was recovered by TFO's. TFO's reviewed the audio/video recording which verified the CI accounts of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weight of 1.06 grams. The heroin was field tested producing a positive result. The heroin was weighed producing an approximate weight of .70 grams.

16

28. On Thursday, August 9, 2018, a Confidential Informant (CI) D14-16 was utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base and heroin from SMITH, for $100.00, $50.00 for cocaine base and $50.00 for heroin. The CI made a recorded Call to SMITH and was at (304) 830-3598, the CI was instructed to go to his residence of 4335 Jacob Street, Wheeling, Ohio County, West Virginia. TFO's outfitted the CI with audio/video recorder, provided the CI with $100.00 in OVDTF recorded funds and released the CI from a TFO vehicle. TFO's observed the CI walk to the rear of 4335 Jacob Street. TFO's observed the CI entering 4335 Jacob Street via the rear door. The CI stated he/she met with SMITH inside of 4335 Jacob Street. The CI stated that he/she purchased the cocaine base and heroin form SMITH inside 4335 Jacob Street, in exchange the CI provided SMITH with $100.00. The CI exited the residence and was recovered by TFO's. TFO reviewed the audio/video recording. TFO observed on the audio/video recording Diego HANSARD AKA RICO seated in a wheelchair in the room with SMITH. The CI stated he/she observed HANSARD counting United States Currency while SMITH provided the CI with the cocaine base and heroin. TFO reviewed the audio/video recording which verified the CI accounts of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weight of .52 grams. The heroin was field tested producing a positive result. The heroin was weighed producing an approximate weight of .54 grams. The Grey Chevrolet Impala was observed by TFO parked in the rear of the residence, and it coordinated with the GPS tracker location of the vehicle.

29. On Thursday, August 9, 2018, a Confidential Informant (CI) D14-16 was utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base and heroin from SMITH, for $100.00, $50.00 for cocaine base and $50.00 for heroin. The CI

made a recorded call to SMITH and was at (304) 830-3598, the CI was instructed to go to his residence of 4335 Jacob Street, Wheeling, Ohio County, West Virginia. TFO's outfitted the CI with audio/video recorder, provided the CI with $100.00 in OVDTF recorded funds and released the CI from a TFO vehicle. TFO's observed the CI walk the rear of 4335 Jacob Street. TFO's observed the CI entering 4335 Jacob Street via the rear door. The CI stated he/she met with SMITH inside of 4335 Jacob Street. The CI stated that he/she purchased the cocaine base and heroin form SMITH inside 4335 Jacob Street, in exchange the CI provided SMITH with $100.00. The CI stated that HANSARD was also inside the residence lying on a bed. The CI stated that HANSARD provided his cell number to the CI of (614) 557-1469. The CI exited the residence and was recovered by TFO's. TFO's reviewed the audio/video recording which verified the CI accounts of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weight of .42 grams. The heroin was field tested producing a positive result. The heroin was weighed producing an approximate weight of .41 grams. The Grey Chevrolet Impala was observed by TFO parked in the rear of the residence, and it coordinated with the GPS tracker location of the vehicle.

30. On Friday, August 10, 2018, a Confidential Informants (CI) D14-16 and D13-15 were utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base from STRONG-EDMONDSON and heroin from Andre HAGER, for $200.00, $100.00 for cocaine base and $100.00 for heroin. D13-15 attempted one call to (614) 557-1469, and HANSARD did not answer. D13-15 then called HANSARD back immediately at (614) 557-1469. HANSARD answered the phone and instructed the CI to go to the house, and that he was not home. HANSARD advised D13-15 that someone would be there. The house that the CI's were directed to is 4335 Jacob St. Wheeling, WV

26003, Ohio County, West Virginia. TFO's outfitted the CI D14-16 with audio/video recorder, provided the CI D14-16 with $200.00 in OVDTF recorded funds and released CI D14-16 from a TFO vehicle. TFO's observed CI D14-16 walk the rear of 4335 Jacob Street. TFO's observed CI D14-16 entering 4335 Jacob Street via the rear door. CI D14-16 stated he/she met with STRONG-EDMONDSON, FORREST JR and HAGER inside of 4335 Jacob Street. CI D14-16 stated that he/she purchased the cocaine base from STRONG-EDMONDSON and heroin from HAGER inside 4335 Jacob Street. CI D14-16 stated that he/she provided STRONG-EDMONDSON with $200.00. CI D14-16 exited the residence and was recovered by TFO's. TFO's reviewed the audio/video recording which verified CI D14-16 account of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weight of 1.22 grams. The heroin was field tested producing a positive result. The heroin was weighed producing an approximate weight of .44 grams.

31. On Tuesday, August 14, 2018, a Confidential Informant (CI) D14-16 was utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base from FORREST JR and heroin from STRONG-EDMONDSON, for $100.00, $50.00 for cocaine base and $50.00 for heroin. The CI made a recorded call to FORREST JR. at (740) 312-3373, the CI was instructed to go to his residence of 4335 Jacob Street, Wheeling, Ohio County, West Virginia. TFO's outfitted the CI with audio/video recorder, provided the CI with $100.00 in OVDTF recorded funds and released the CI from a TFO vehicle. TFO's observed the CI walk the rear of 4335 Jacob Street. TFO's observed the CI entering 4335 Jacob Street via the rear door. The CI stated he/she met with FORREST JR and STRONG-EDMONDSON inside of 4335 Jacob Street. The CI stated that he/she purchased the cocaine base from FORREST JR. and heroin form STRONG-

EDMONDSON inside 4335 Jacob Street, in exchange the CI provided FORREST JR with $100.00 who provided STRONG-EDMONDSON with some of the money for the heroin. The CI exited the residence and was recovered by TFO's. TFO's reviewed the audio/video recording which verified the CI accounts of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weight of .38 grams. The heroin was field tested producing a positive result. The heroin was weighed producing an approximate weight of .29 grams.

32. On Saturday, August 18, 2018, TFO conducted surveillance on 4335 Jacob Street. While conducting surveillance TFO observed HANSARD exit the rear of 4335 Jacob Street utilizing a walker and enter a white Kia Sportage bearing New Jersey plate W59JWN. Andre HAGER assisted HANSARD to the vehicle. The vehicle was rented by Takeila Waddell, 2035 Floral Avenue, Columbus, Ohio 43227.

33. On Tuesday, August 18, 2018, a Confidential Informant (CI) D13-15 were utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base from a female known as "QUEEN BEE" (now identified as La'Daja SELLERS) for $400.00. D13-15 made a recorded call to (614) 557-1469, and an individual who identified himself as "KB" "RICO'S little brother" to set up the transaction. TFO's previously identified "KB" as Thomas Seals, Jr. D13-15 received a text message from another cell phone number (304 218-9088) advising him/her that the location of the transaction would be 462 Market Street, in Wheeling, WV. D13-15 made an additional telephone call was made to (614) 557-1469to confirm the arrangements. TFO's outfitted the CI D13-15 with audio/video recorder, provided the CI D13-15 with $400.00 in OVDTF recorded funds and released CI D13-15 from a TFO vehicle. TFO's observed CI D13-15 walk toward 462 Market Street. CI D13-15 stated he/she met with "QUEEN BEE" "RICO's sister" at

the bottom of the stairs of 462 Market Street. CI D13-15 stated that he/she purchased the

cocaine base from "QUEEN BEE" "RICO's sister". CI D13-15 stated that he/she provided

"QUEEN BEE" "RICO's sister" with $400.00. CI D13-15 exited the residence and was

recovered by TFO's. TFO's reviewed the audio/video recording which verified CI D13-15

account of the controlled purchase.  The cocaine base was field tested producing a positive

result. The cocaine base was weighed producing an approximate weight of 2.60 grams.

After the completion of the controlled buy, CI D13-15 made a recorded call to (614) 557-

1469, indicating that he/she felt that he/she was provided less than $400 worth of cocaine

base.  As a result, CI D13-15 was advised to meet at the Wheeling Inn Hotel (949 Main

Street) via text message from 304 218-9088.  CI D13-15 traveled to said location and was

provided an additional amount of cocaine base (approximate weight of 1.40 grams) from

"QUEEN BEE" "RICO's sister".  Following this buy QUEEN BEE walked to Smoker

Friendly then to 314 South Huron Street and knocked on the front door, however no one

answered that door. QUEEN BEE walked around to the rear of 314 South Huron. TFO

lost sight of QUEEN BEE. Surveillance was conducted of QUEEN BEE from the buy to

the house on South Huron Street.

34.  On August 24, 2018 CI D18-24 conducted two (2) controlled purchases on individuals

   unrelated to this case. TFOs searched the CI D18-24 after the second controlled purchase.

   TFO Lewis located cocaine base on the CI D18-24's  person. The CI ultimately advised

   that they concealed the cocaine base from TFOs.

35.  On Friday, August 31, 2018, at approximately 0954 hours the OVDTF along with the

   Wheeling Police Department SWAT executed a search warrant on 14 Georgia Street,

   Wheeling WV 26003, the known residence of Christopher DENNISON. After the

residence was secured by Wheeling Police SWAT, TFOs, entered the residence to process it. Upon searching DENNISON's cellular phone, it indicated that DENNISON apparently sold SMITH a 9mm pistol for 3.5 grams of crack cocaine. SMITH also asks in the same text messaging string if DENNISON had another clip for the 9mm.

36. On Wednesday, September 5, 2018, at approximately 1400 hours, Detective E. Burke (OVDTF) met with informant D13-15 at the OVDTF Headquarters. CI D13-15 explained that he/she would be able to complete a controlled buy purchase from Diego HANSARD aka "RICO." CI D13-15 advised that he/she could arrange the transaction via a phone call to HANSARD at 614-557-1469.

Detective Burke then provided CI D13-15 with a consensual monitoring form (Telephone). The said form was explained to CI D13-15 as a request to monitor the CI's telephone conversation. CI D13-15 acknowledged the said form and signed the same. At approximately 1405 hours, CI D13-15 then made a recorded phone call to HANSARD at the phone number of 614-557-1469 to set up a $200.00 purchase of cocaine base. Upon answering, CI D13-15 speaks to HANSARD and asks for "2 and 2." HANSARD advises that he is not there right now. CI D13-15 asks HANSARD if he will get ahold of him when he is back. HANSARD acknowledges and responds, "yeah." The phone call concludes a short time later. CI D13-15 then stated that he/she could complete a controlled buy purchase of cocaine base from Thomas SEALS JR. aka "KB." CI D13-15 advised that he/she could arrange the transaction via a phone call to SEALS JR. at 304-218-9088. Detective Burke then provided CI D13-15 with a consensual monitoring form (Telephone). The said form was explained to CI D13-15 as a request to monitor the CI's telephone conversation. CI D13-15 acknowledged the said forms and signed the same. At approximately 1435, CI D13-15 then made a recorded phone call to SEALS

22

JR. to arrange a $100.00 purchase of cocaine base from SEALS JR. Upon answering the phone, CI D13-15 requests that to see SEALS JR. for $100.00 worth of Cocaine case. SEALS JR. replies, "Yeah," and that he is "at the south." TFOs understand that SEALS JR. is referring to 4335 Jacob St. Wheeling, WV 26003. CI D13-15 advises SEALS JR. that he will have to meet the CI outside, due to possible issues with Andre HAGER. SEALS JR. acknowledges and says, "ok." As a result of the projected buy location, TFOs did not continue further to complete the controlled buy at 4335 Jacob St. Wheeling, WV 26003.

37. Surveillance was conducted on 4335 Jacob Street Wheeling WV 26003 on September 6, 2018 into September 7, 2018. TFO observed during surveillance on September 6, 2018, in the evening hours that the drug traffic had slowed down considerably, coming to a stop. Surveillance determined that no vehicles were parked in the rear of the residence. FORREST JR.'S vehicle was observed parking in the rear of 4335 Jacob Street. At approximately 2120 hours on September 6, 2018, TFO Lewis observed that the KIA Sportage known to be driven by HANSARD pulled into the rear of 4335 Jacob Street. HANSARD was observed exiting the driver side of the vehicle and entering the rear of 4335 Jacob Street. Drug traffic activity began quickly upon his arrival. At approximately 0614 hours on September 7, 2018, HANSARD was observed exiting the rear of 4335 Jacob Street and entering the KIA Sportage and leaving the area. Drug traffic began to become noticeable again with multiple people walking in the rear of 4335 Jacob Street, staying for a short time and leaving the residence. It also should be noticed that HAGER was observed exiting and entering the residence.

38. On Saturday, September 8, 2018, at approximately 2014 hours the tracker on SMITH vehicle reported he was traveling east on I-70 towards Wheeling. At approximately 2121

hours SMITH vehicle was observed via surveillance by TFO Lewis pulling into the parking stop behind 4335 Jacob Street Wheeling WV 26003. At approximately 2122 hours, SMITH was observed exiting the driver's door and entering the residence via the rear door of 4335 Jacob Street Wheeling WV 26003. TFO Lewis observed that the foot traffic to the rear continue along with vehicles pulling up for a short time and leaving.

39. On Thursday, September 13, 2018, Trooper First Class C.W. Heckler and Sergeant J. E. Dean of the West Virginia State Police were conducting road patrol in the area of Interstate 70 eastbound in the area of the Wheeling Island entrance ramp. While conducting road patrol, Trooper Heckler observed a silver in color, 2008 Chevrolet Impala, bearing Ohio registration HLN9411, entering the state of WV via Interstate 70 in a construction zone. The said vehicle was stopped for three (3) traffic violations on WV Route 2 near the 16th street exit. Upon approaching the vehicle both officers could smell the odor of burnt marijuana. The driver and lone occupant of the vehicle, Kytuen "Mitch" SMITH was advised of the reasons for the traffic stop and then asked to exit the vehicle to discuss the odor of marijuana coming from the vehicle. SMITH advised there was additional marijuana in the vehicle in the driver's side door. The troopers located a marijuana blunt in the driver's door. During subsequent search of the vehicle, Trooper Heckler located a vacuum sealed bag containing four (4) white cookie large pieces of crack cocaine. The substance was later determined to be approximately one hundred and thirty-six (136) grams of cocaine base. The said substance was field tested, and the substance yielded a positive result for cocaine base. Smith was arrested on State charges of possession with intent to deliver cocaine base and transporting cocaine base into the state of West Virginia.

40. During the course of the September 13, 2018 aforementioned incident, Andre "Andyman" HAGER and Martinez "Bo" STRONG-EMERSON were observed exiting the rear of 4335

Jacob Street and entering a dark gray dodge truck. The two (2) subjects then traveled passed the traffic stop location and were observed video recording as they passed by law enforcement officers. The aforementioned video is referenced in SMITH's jail calls to girlfriend, Jordyn ESPOSITO.

41. On Friday, September 14, 2018, a Confidential Informant (CI) D17-10 was utilized by the Ohio Valley Drug Task Force (OVDTF) to make a controlled buy of cocaine base from Michael FORREST JR., for $100.00. D17-10 stated that he/she would walk to the residence of 4335 Jacob Street, Wheeling, Ohio County, West Virginia, where FORREST JR. was known to be. TFO's outfitted the D17-10 with audio/video recorder, provided D17-10 with $100.00 in OVDTF recorded funds and released D17-10 from a TFO vehicle. TFO's observed D17-10 walk towards 4335 Jacob Street. TFO's observed D17-10 entering 4335 Jacob Street via the rear of the residence. D17-10 stated he/she met with FORREST JR. inside of 4335 Jacob Street. D17-10 stated that he/she purchased the cocaine base form FORREST JR. inside 4335 Jacob Street. D17-10 stated that he/she purchased the cocaine base from FORREST JR. inside 4335 Jacob Street in exchange D17-10 provided FORREST JR. with $100.00. D17-10 exited the residence and was recovered by TFO's. TFO's reviewed the audio/video recording which verified D17-10's account of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base weighted producing an approximate weight of .40 grams.

42. On Friday, September 14 2018, TFO received information from CI D17-10 about a firearm being purchased inside of 4335 Jacob Street. CI D17-10  stated that while he/she was inside the residence a couple days prior he/she witnessed a black male purchase a firearm from another person unknown individual inside 4335 Jacob Street.

43. On September 18, 2018, TFOs conducted surveillance of 314 South Huron Street. TFOs

observed a vehicle driven by a known drug abuser and prostitute traveling south on South Huron Street. The said vehicle parked in the area of 314 South Huron and another subject known as a drug abuser/distributor exited and was observed walking on South Huron Street towards SELLS residence. The subject was seen entering 314 South Huron Street. The driver of the vehicle also exited the vehicle and entered the residence. TFOs continued surveillance on 314 South Huron Street. TFOs observed several vehicles arrive on South Huron Street. TFOs observed on one occasion a white vehicle driven by an unknown white male with a white female passenger pull onto South Huron and park on the west side of the roadway. TFOs observed the white female exit the passenger side of the vehicle and walk to and enter 314 South Huron via the front door. The white vehicle was observed driving south on South Huron Street and turning around. The white vehicle parked in front of 314 South Huron Street. TFOs observed the white female exit 314 South Huron Street and re-enter the white vehicle. TFOs observed the white vehicle drive away from 314 Huron Street. Also, during the surveillance TFOs observed several individuals enter 314 South Huron Street, enter the residence for a short time and then leave the area.

44. On September 20, 2018, TFOs conducted surveillance of 4335 Jacob Street, Wheeling WV 26003. At approximately 1228 hours TFOs observed a silver Chevy Malibu bearing Tennessee registration 7J4-6V0 pull into the parking spot behind 4335 Jacob Street. TFOs observed Diego HANSARD exit the driver side of the vehicle and enter 4335 Jacob Street via the rear door. HANSARD was carrying a backpack/book bag when he exited the vehicle and entered 4335 Jacob Street.

45. At approximately 1356 hours on September 20, 2018, Task Force Officers (TFO), WPD-DEA, Wheeling Police Department SWAT and the Ohio County Sheriff's Office SRT executed a Federal Search Warrant at 4335 Jacob Street, Wheeling WV 26003. The Ohio

County Sheriff's Office SRT in conjunction with the Wheeling Police Department SWAT breached and ultimately entered 4335 Jacob Street via the rear door. The SRT and SWAT teams secured the residence.    Located in the residence and secured were: Diego HANSARD, Martenez STRONG-EDMONDSON, Andre HAGER, Michael HOGAN, and Taylor MCGRAW. Also located in the residence were CIs D18-17 and D18-18.

46.  On September 20, 2018, TFOs conducted a search of 4335 Jacob Street Wheeling WV 26003. TFOs located inside the residence the following: a bag of suspected cocaine base, approximate weight 49.25 grams; a bag containing suspected cocaine, approximate weight 59.24 grams; a bag of suspected marijuana, approximate weight 2.49 grams; a bag containing suspected heroin, approximate weight 9.70 grams; and suspected cocaine base, approximate weight 51.24 grams.  TFOs conducted field tests on all narcotics with all producing positive results. Also located inside the residence were two (2) scales, plastic baggies, and several cellular telephones.

47.  On September 20, 2018, TFO Lewis interviewed CI D18-17. CI D18-17 advised that he/she observed "BO" STRONG-EDMONDSON, throw bags containing suspected drugs into the rafters above the back bedroom with the air mattress. TFO located the suspected marijuana, heroin and cocaine base in the roof of the back bedroom with the air mattress as described by CI D18-17.

48.  On September 20, 2018, CI D18-17 stated that after he/she was released from the residence he/she met up with "RICO", Diego HANSARD and "BO", Martenez STRONG-EDMONDSON and a "dude in red pants", Michael HOGAN. CI D18-17 stated that he/she overheard a conversation between the individuals. The CI D18-17 advised that HANSARD told STRONG-EDMONDSON, "I was throwing my shit to you BO." STRONG-EDMONDSON stated to HANSARD, that he picked it up then threw it back

down then picked it up again and threw it up in the rafters.  CI D18-17 stated that he/she

observed STRONG-EDMONDSON, throw his stuff above the door, referring to the rear

bedroom with the air mattress inside.

49. On Thursday, November 1, 2018, a Confidential Informant (CI) D16-13 was utilized by

the OVDTF to make a controlled buy of cocaine base from Alishe LINDSAY for $200.00.

The CI made a recorded call to LINDSAY cellular number of (314) 927-8908, wherein

the CI was advised by LINDSAY to go to "Tiff's House" on South Huron, known to

TFO's as Tifany SELLS residence of 314 South Huron Street, Wheeling, Ohio County,

West Virginia. TFOs outfitted the CI with audio/video recorder, provided with $200.00 in

OVDTF recorded funds and released him/her from a TFO vehicle. TFO observed

LINDSAY exit the front door of 314 South Huron Street and walk north on South Huron

Street to the CI. TFOs observed the CI and LINDSAY walk to the alley behind 314 South

Huron Street.   The CI advised that while in the alley LINDSAY provided the CI with

cocaine base in exchange the CI provided LINDSAY with the $200.00 in OVDTF

recorded funds.  The CI was recovered by TFOs. A TFO observed LINDSAY reenter 314

South Huron Street after completion of the drug transaction. TFOs reviewed the

audio/video recording which verified the CI account of the controlled purchase.   The

cocaine base was field tested producing a positive result.   The cocaine was weighed

producing an approximate weigh of 4.39 grams.

50. On Thursday, November 15, 2018, a Confidential Informant (CI) D18-30 was utilized by

the OVDTF to make a controlled buy of cocaine base from Tajuan SMITH aka POE  for

$50.00. The CI made a recorded call to Michael FORREST JR. at the phone number of

740-312-3373, wherein the CI was advised by FORREST JR. that he had left the area.

The CI advised he/she was directed to meet with SMITH to purchase the cocaine base.

The CI advised that the buy location would be a brick house on S. Huron St., soon found to be 408 S. Huron St. Apt. 2 Wheeling, WV 26003. TFOs outfitted the CI with audio/video recorder, provided with $50.00 in OVDTF recorded funds. The CI then drove his/her vehicle to S. Huron St. Wheeling, WV 26003 where he/she parked. The CI then went into 408 S. Huron St. and proceeded into apartment 2. The CI soon advised that he/she met with SMITH in the back bedroom, where he/she provided SMITH the $50.00 in recorded OVDTF Funds, in exchange for cocaine base. The CI then left 408 S. Huron St. Apt. 2 and proceeded back to the OVDTF with TFO's following him/her. TFO's recovered the audio/video recorder and the purchased Crack Cocaine from the CI. TFO's soon reviewed the audio/video recording which verified the CI account of the controlled purchase. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weight of 0.29 grams. The CI advised that they observed a black pistol inside a black holster on the top of the entertainment unit where the CI was provided the cocaine base.

51. On Tuesday November 20, 2018 at approximately 1500 hours, TFO Burke and TFO White began conducting surveillance on 2233 Chapline St. Rear Wheeling, WV 26003. TFOs noticed a high volume of drug activity occurring at this residence around this time. TFOs are also familiar that Kytuen SMITH and La'Daja SELLERS have been seen heading to this residence. Both are involved in an active conspiracy case. SELLERS was observed heading to this residence on November 1, 2018 at approximately 1732 hours by TFO Burke. TFO Burke did observe Jared Grall go to 2233 Chapline St. Rear, and observed him to be waiting at the door to be let in. TFOs also observed a silver Chrysler Sedan bearing OH HPP6298 to be parked at the front of this residence. TFO Burke did observe a black male with dreads standing on the sidewalk near this car, and soon headed back on

the walkway towards 2233 Chapline St. Rear. TFO Burke observed there was a white male occupying this vehicle, and observed that he soon went to the rear passenger seat and looked as though he was cleaning out his car. This individual was soon identified as Bernard Salem Jr. Salem soon re-entered the driver's seat. A short time later, Grall exited from the walkway of 2233 Chapline St. Rear and went to Salem's vehicle. Grall stood on the passenger side for a short period of time. TFO White advised that he observed a hand to hand transaction occur between the two. Grall then entered the vehicle, and it headed south on Chapline Street. Officer Brantley was contacted and he conducted a traffic stop at the intersection of 16th and Market Street, Wheeling, WV. During the course of the traffic stop, Officer Brantley located 2 pieces of wrapped up foil containing suspected Heroin (approximate weight 1.8 grams), small baggy of suspected Cocaine Base, 3 1/2 Xanax Bars (Alprazolam) and 1 Subutex. Both suspects were subsequently transported back to WPD Headquarters. TFO Burke interviewed Salem. Salem explained that he provided an individual known to him as "DA DA" $36 for four Xanax Bars (Alprozolam) in front of 2233 Chapline St. Rear. A short time later, Grall returned and placed the above noted Xanax Bars in his vehicle. Salem soon gave Grall a ride and was traffic stopped. Salem did provide consent for TFO Burke to search through his cell phone's contents. TFO Burke observed text messages exchanged between Salem and 614-670-9962 on Sunday, November 18, 2018. Within these messages, Salem established that it was "da da" by asking. There were soon messages regarding the sales of Xanax from this number. "DA DA" advised that he was by the Luau and provided the address of "2233 Chapline St."

52. TFO Burke also spoke to Grall, who advised he went to Jon Woodring's residence, and soon left. Grall described this residence as having a large tree out front and having a

walkway that leads back towards the residence.  Grall explained that Salem asked him for a cigarette and he soon asked him for a ride to 7-11.  Grall also stated that Salem attempted to sell him Adderall pills.  Salem did have possession of an Adderall bottle to "Matthew Blake" on the traffic stop, to which he destroyed four of the Adderall pills by ingesting them.  Grall was subsequently released on a citation for possession of Heroin and Crack Cocaine.  Salem was released pending his cooperation with the OVDTF.

53.  On Wednesday November 21, 2018, at approximately 1100 hours, TFO Burke arrived in the area of 2233 Chapline St. Rear and again began conducting surveillance.  TFO Burke again observed multiple people traveling back the walkway to 2233 Chapline St. Rear, and leaving a short time later.  TFO Burke then observed a two white females and a white male walking on Chapline St. and continuing east on 23rd St.  The one female had blonde hair and was wearing a brown jacket.  The other female had brown hair and was wearing a brown jacket.  The male was wearing a blue sweat shirt.  TFO Burke was stationary in his vehicle approximately ten yards away from these individuals.  TFO Burke observed a hand to hand transaction occur between the male and the female with the brown hair.  TFO Burke observed that the female now had possession of money, which was folded up in her left hand.  This female soon went back down the walkway and out of sight towards 2233 Chapline St. Rear.  The male went north on Chapline St.  The other female remained in the area of 2233 Chapline St. and soon departed the area.  On the same date at approximately 1642 hours, TFO Burke met with Salem at the OVDTF.  Salem completed a cooperating agreement, and TFO Burke soon debriefed him further regarding some of the individuals he previously spoke about.  Salem spoke of "DA DA", "FLIP", "POE", "MUD."  Salem explained that he has purchased drugs off these individuals for the past two months.  Salem advised that "DA DA" is operating and selling Xanax and Ocaine

Base from 2233 Chapline St. Rear. Salem explained that MUD is also operating out this residence. Salem advised that he has purchased approximately 900 Xanax Bars from "DA DA" in the two months that he has known him. Salem explained that he has also purchased between 0.2 grams- 1 gram of Cocaine base from "DA DA" approximately ten times. Salem spoke of POE and FLIP. TFOs are familiar POE is Tajuan Smith and FLIP is Michael FORREST JR. Salem explained both are operating out of Tifany Sells and Niki Bradley's residence. Salem explained that he has never bought off of FORREST JR., and that he is the enforcer. SALEM explained that this past Saturday he had saw FORREST JR. with an AK-47 inside of Bradley's apartment. Salem explained that he has purchased approximately 30 Xanax Bars from T. SMITH and between 0.2 grams to 3 grams of Cocaine base on 4-5 occasions.

54. On Thursday, November 29, 2018, at approximately 1245 hours, a Confidential Informant (CI) D17-10 was utilized by the OVDTF to make a controlled buy of cocaine base from Andre HAGER for $100.00. The CI made a recorded call to DAY DAY cellular number of (614)670-9962, the CI was advised by DAY DAY to go to 2233 Chapline Street Wheeling, Ohio County, West Virginia. TFOs outfitted the CI with audio/video recorder, provided with $100.00 in OVDTF recorded funds and released him/her from the OVDTF. TFO observed the CI go to 2233 Chapline Street Rear and ultimately enter the residence. The CI was observed by TFO exiting 2233 Chapline Street Rear with HAGER. The CI and HAGER were observed by TFO crossing Chapine Street and entering the front of Luau Manor, 2230 Chapline Street, Wheeling, WV 26003, Ohio County. The CI advised that he/she purchased the cocaine base from HAGER inside of apartment 602. The CI stated that there was a black male and a black female inside the apartment. The CI stated that he/she provided the $100.00 to HAGER. The CI stated that HAGER gave the black

female the $100 in exchange the black female provided HAGER with the cocaine base. The CI stated that HAGER then provided the CI with cocaine base. The CI stated that the black female asked if the CI wanted her number. The CI stated that he/she felt uncomfortable getting the number with HAGER right next to him/her. The CI returned to the OVDTF and provided TFO the suspected cocaine base. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase. TFO observed the black male and the black female in the video. TFO observed that the black male was Joshua FORD aka Fatboy and the black female was La'Daja SELLERS aka Queen Bee. The cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weigh of .30 grams.

55. On Thursday, November 29, 2018, at approximately 1423 hours, Confidential Informant (CI) D17-10 was utilized by the OVDTF to make a controlled buy of cocaine base from Andre HAGER aka Andyman and La'Daja SELLERS aka Queen Bee for $100.00. The CI advised that they would go to Luau Manor, 2230 Chapline Street, apartment 602, Wheeling, WV 26003 and purchase cocaine base. TFOs outfitted the CI with audio/video recorder and provided it to the CI along with $100.00 in OVDTF recorded funds and released him/her from the OVDTF. The CI was observed entering the front of Luau Manor, 2230 Chapline Street. The CI advised that he/she purchased some of the cocaine base from HAGER, who got the cocaine base from SELLERS inside of apartment 602. The CI stated that he/she complained about the quantity of the cocaine base given to them by HAGER. The CI stated that SELLERS provided more cocaine base to him/her to make it right. The CI stated that he/she was searched inside the apartment by FORD. The CI returned to the OVDTF and provided TFO the suspected cocaine base. TFOs reviewed the audio/video recording which verified the CI account of the controlled purchase. The

cocaine base was field tested producing a positive result. The cocaine base was weighed producing an approximate weigh of .55 grams.

56. On Friday, November 30, 2018, at approximately 1645 hours, TFO Burke began conducting surveillance on 2233 Chapline St. Rear, Wheeling WV. TFOs have conducted surveillance on this residence on multiple occasions and noticed a significantly high volume of drug activity. TFO Burke soon noticed a red Pontiac Grand Am bearing Ohio license plate FKE8532 pull up and park directly in front of this residence, facing south. A white male wearing a black jacket exited the front passenger seat. This individual was later identified as Matthew James Martin. Martin walked back and forth on sidewalk in front of 2233 Chapline St., and was seen making phone calls. A short time later, a white female emerged from the walkway that leads back to 2233 Chapline St. Rear. This female and Martin soon met and hugged. Both then proceeded back down the walkway towards 2233 Chapline St. Rear. It was observed that the above noted vehicle was occupied by two other individuals, later identified as Crystal Duffey and Christopher Moore. At approximately 1701 hours, TFO Burke observed Martin exiting the door of 2233 Chapline St. Rear. Martin then re-entered the Pontiac and the vehicle headed South on Chapline St. TFO Burke contacted Officer Brantley, who conducted a probable cause traffic stop of the vehicle. During the course of the traffic stop, Officer Brantley located a clear baggy found to contain suspected Cocaine base (approximate packaged weight 1.04 grams) in his Martin's hat. Martin confirmed that the substance was Cocaine base. Martin was transported back to WPD Headquarters and interviewed by TFO Burke. Martin explained that he had contacted Robert ROBERTSON aka "KO" at the phone number of 304-830-3723. Martin explained that this phone call took place at Sheetz, and he arranged a "bill" or a $100 purchase of Cocaine base from ROBERTSON. Martin was directed by

ROBERTSON to the front of the Luau Manor near a black fence. Martin explained that they then traveled to this location. This location is in front of 2233 Chapline St. Rear. Martin explained that that he spoke to ROBERTSON over the phone and he advised he was sending someone out to meet him. Martin soon met with an unknown female, who took him back and into 2233 Chapline St. Rear. Inside of 2233 Chapline St. Rear, Martin explained that he exchanged $100.00 for the above noted Cocaine base from ROBERTSON. Martin explained that the Cocaine base was removed from a bag that appeared to contain 4 grams of Crack Cocaine. Martin soon left and was traffic stopped by Officer Brantley. Martin consented to a search of his cell phone. TFO Burke looked through Martin's call log and noticed the following calls to 304-830-3723 on November 30, 2018: 4:54 PM 20 second outgoing call; 4:52 PM outgoing call; 4:50 PM 55 second outgoing call; 4:33 PM 25 second outgoing call; 4:08 PM 15 second outgoing call; 1:55 PM 2 second outgoing call. Martin expressed interest in cooperating with the OVDTF. Martin was subsequently released, pending his cooperation with the OVDTF.

57. Furthermore, on a case-by-case basis, your Affiant evaluates the potential for individuals to be armed and the safety of the law enforcement officers involved, your Affiant requests that the Court authorize execution of the warrant at any time of the day or night.

FURTHER AFFIANT SAYETH NAUGHT

_____
Task Force Officer Kent J. Lewis

Sworn to before me this 4th day of December, 2018.

_____
JAMES P. MAZZONE
United States Magistrate Judge
Northern District of West Virginia